### The People on the relation of Louis F. Long v. The Judge of the Wayne Circuit Court.

*Declaration: Amendment: Statute of limitations.* It is competent for the court to allow a declaration for false imprisonment to be amended by adding a new count for malicious prosecution arising out of the same transaction, at any time before the new cause of action has become barred by the statute of limitations.

*Heard and decided April 22.*

Application for *mandamus.*

Anson Dolph commenced suit by *capias* in the Wayne circuit against the relator on January 30, 1872. Declaration for false imprisonment was filed, to which the relator pleaded the general issue. The plaintiff, on motion, obtained leave, March 28, 1873, to amend his declaration by adding a count for malicious prosecution, and afterwards, April 8, 1873, amended accordingly.

The relator now applies for *mandamus* to compel the respondent to vacate the order granting leave to file such

amended declaration and to strike the amended declaration from the files.

*Ward & Palmer,* for the relator.

*S. Larned* and *H. M. Cheever,* for the respondent.

THE COURT held that the new count added by the amended declaration being for the same cause of action as that set up in the original declaration, and the right of action not being barred by the statute of limitations at the time the amendment was made, it was competent for the respondent to grant the order in question.

*Mandamus* denied, with costs.